UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 29, 2019    **Time in Court:** 1 hour 12 minutes    **Judge:** WILLIAM ALSUP

**Case No.:** 18-cr-00009-WHA-1    **Case Name:** USA v. Amir Bakhtiari
19-cr-00127-WHA

**Attorney for United States of America:** Benjamin Kingsley
**Attorney for Defendant:** Martha Boersch

**Defendant:** [x] PRESENT   [ ] NOT PRESENT
**Defendant's Custodial Status:** [ ] In Custody   [x] Not In Custody

**Deputy Clerk:** Theresa Hoang    **Court Reporter:** Katherine Sullivan
**Interpreter:** n/a    **Probation Officer:** Jill Spitalieri

### PROCEEDINGS

Sentencing – HELD

### RESULT OF HEARING

Defendant is committed to the custody of Bureau of Prisons for a term of 54 months. This term consists of 36 months on Count 1 of Information in CR19-127 and 54 months on Count 2 of Indictment in CR18-009, all counts to be served concurrently. Defendant shall be placed on supervised release for a term 3 years. This term consists of 1 year on Count 1 of Information in CR19-127 and 3 years on Count 2 of Indictment in CR18-009, all such terms to run concurrently. A special assessment fee of $200 is imposed. Fine waived. Restitution ordered in the amount of $8,062,550.00. See Judgment for special conditions. Self-surrender to designated facility or USMS by 1/6/2020 at Noon

Government moves to dismiss all remaining counts - GRANTED