DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

JULIE C. REAGIN (CABN 167934)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7181
  Fax: (415) 436-6570
  Email: Julie.Reagin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>AMIR BAKHTIARI A/K/A AMIR GALEHBAKHTIARI,<br><br>  Defendant.<br><hr>FARMERS & MERCHANTS BANK,<br><br>  Garnishee. | CASE NOS. CR 18-009-01 WHA<br>     CR 19-127-01 WHA<br><br>**WRIT OF CONTNUING GARNISHMENT** |

  TO:  Farmers and Merchants Bank of Long Beach
  Attn: Operations Legal Department
  302 Pine Avenue
  Long Beach CA 90802

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

> Amir Bakhtiari a/k/a Amir Galehbakhtiari
> Northlake Correctional Facility
> 1805 West 32nd St., Baldwin, MI 49304
> Social Security Number (last four digits):  XXX-XX-6742

This Writ has been issued pursuant to a stipulation between the United States of America and Amir Bakhtiari a/k/a Amir Galehbakhtiari, to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $8,062,750.00.  As of June 30, 2020, the total balance due on the judgment debt, including accrued interest, was $7,558,295.26.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1.     Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  Such property would include, but not be limited to, accounts in the names of Amir Bakhtiari and Joscelyne Alkus ending in XXXX1969 and XXXX4135.

2.     Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10 days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your

answer must state, under oath, the following information:

    a.    Whether or not you have in your custody, control, or possession, any property owned by the defendant in which the defendant has a substantial nonexempt interest, including nonexempt disposable earnings;

    b.    a description of such property and the value of such property;

    c.    a description of any previous garnishments to which such property is subject and the extent to which any remaining property is not exempt; and

    d.    the amount of the debt you anticipate owing to the defendant in the future and whether the period for payment will be weekly or another specified period.

For your convenience, a form which addresses the above-requested information is attached and may be used to answer the Writ.

3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and (c)(4), within ten (10) days after service of this Writ upon you, you must **mail or deliver** the original answer bearing the original signature of the person preparing the answer to the Court at the following address:

> Office of the Clerk
> United States District Court
> 450 Golden Gate Ave., Box 36060
> San Francisco, CA  94102

At the same time you mail or deliver the original answer to the Court, you must also **mail or deliver** a copy of the original answer to both counsel for the defendant and attorney for the United States at the following respective addresses:

> Martha Boersch, Esq.
> Boersch & Illovsky LLP
> 1611 Telegraph Ave., Ste. 806
> Oakland, CA 94612

> Julie C. Reagin, Assistant U.S. Attorney
> United States Attorney's Office
> 450 Golden Gate Avenue, 9th Floor
> P.O. Box 36055
> San Francisco, CA 94102

Please note that the attached form answer contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG,
Clerk of the Court
United States District Court for the
Northern District of California

Dated: July 7, 2020

By: /s/ W. Noble
Deputy Clerk

Writ of Continuing Garnishment
Case Nos:  CR 18-009-01 WHA & CR 19-127-01 WHA